IN THE MATTER OF THE PETITION OF CHARLES SHAPER AND ANOTHER, *v.* THE ESTATE OF GEORGE F. WING, A LUNATIC.

*Lunatic — estate of — when liable for necessaries furnished to him.*

In July, 1873, George F. Wing was declared a lunatic, and a committee of his estate was appointed; after which he continued to reside with his family in Brooklyn. The petitioners, after the appointment and in ignorance thereof, sold to the lunatic groceries to the amount of $258.67, such groceries being necessary for him and being used in his family. *Held*, that the bill of the petitioners should be paid out of the lunatic's estate.

APPEAL from an order denying a motion to confirm the report of a referee, which recommended the payment of the petitioners claim, out of the estate of Geo. F. Wing, a lunatic.

*F. P. Bellamy*, for the appellant.

*Abel Crook*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and DONOHUE, J.

Order reversed, with ten dollars costs, and report confirmed, with ten dollars costs.